UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>    Defendant. | C.A. No.: 1:17-cv-00065-M-PAS |

## STIPULATION OF DISMISSAL

Now come the parties in the above-captioned matter, plaintiff National Railroad Passenger Corporation and defendant, Hartford Fire Insurance Company, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) stipulate to the dismissal of this action with prejudice and without costs and without attorney's fees. All rights of appeal are waived.

Plaintiff,
National Railroad Passenger Corporation,
By Its Attorneys,

*Jennifer Lee*

John J. Bonistalli, Esq. BBO# 049120
Jennifer M. Lee, Esq., BBO# 677949
Law Offices of John J. Bonistalli
160 Federal Street, 15th Floor
Boston, MA 02110
617-737-1771
john.bonistalli@bonistallilaw.com
jennifer.lee@bonistallilaw.com

Defendant,
Hartford Fire Insurance Company,
By Its Attorneys,

*V. Morozov*   5.17.18

David A. Grossbaum, Esq., BBO# 6742
Valerie Morozov, Esq., BBO# 9302
Hinshaw & Culbertson, LLP
321 South Main Street, Suite 301
Providence, RI 02903
401-751-0842
dgrossbaum@hinshawlaw.com
vmorozov@hinsawlaw.com

## CERTIFICATE OF SERVICE

I, Jennifer Lee, attorney for the plaintiff, Amtrak, hereby certify that a true copy of the foregoing document was filed electronically with the Federal Court's electronic filing system this 30th day of May 2018

*Jennifer Lee*